UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF FLORIDA
**MINUTES - SENTENCING**

Case No. 20-20230-CR-KING  Date: November 3, 2021  Judge James Lawrence King
Defendant: **Fritzbert Jean, Jr.**  Defense counsel: Hector L. Flores, Esq.
AUSA: Michael B. Homer  United States Probation Officer: Alexander Seraphin

**JUDGMENT AND SENTENCE**

| Count | | **YEARS** | **MONTHS** | **DAYS** | **TIME SERVED** |
|---|---|---|---|---|---|
| Count | II | | 96 | | |

( ) Defendant given credit for time served
( ) CONCURRENT ( ) CONSECUTIVE
(**X**) Assessment $ 100.00
( ) Fine: (**X**) none imposed  $ -0-
( ) The court orders restitution in the amount of
(**X**) Count remaining dismissed

**(X) SUPERVISED RELEASE**
**( ) PROBATION**

| | | **YEARS** |
|---|---|---|
| Count | II | 2 |

( ) If deported, the defendant shall not re-enter the U.S. without permission of Attorney General
( ) Home confinement
( ) CONCURRENT ( ) CONSECUTIVE (**X**) Drug/Alcohol Treatment (**X**) Mental Health Treatment ( ) Employment and Self Employment Restriction ( ) Financial Disclosure ( ) DNA Requirement ( ) Community Service Hours (**X**) Permissible Search (**X**) Unpaid Restitution, Fines, and Costs

**CUSTODY**
(**X**) The defendant remanded to custody of the U.S. Marshal
( ) Defendant released on bond pending appeal
( ) The defendant shall surrender for service of sentence on:
(**X**) The court recommends: Designation in a facility as close to South Florida as possible
(**X**) The court recommends participation in a BOP drug/alcohol treatment program during term of incarceration. ***RIGHT TO AN APPEAL GIVEN OPEN COURT***

- The Court Adopts and Ratify the Magistrate"s Report & Recommendation for Change of Plea
- The Court Adjudicates the Defendant Guilty of Count II of the Indictment
- The Defendant waives his rights to have an in-person sentencing before the Court, and consent to Zoom Gov Meeting for Sentencing

Courtroom Deputy: Joyce M. Saunders
Court Reporter: Diane Miller